DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH M. SUAREZ,**
Appellant,

v.

**WILIMINGTON SAVINGS FUND SOCIETY, FSB,**
d/b/a **CHRISTINA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR SC PARK LANE TURST 2019-I**,
Appellee.

No. 4D21-883

[April 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE18-012346.

Niles B. Whitten of The Law Office of Niles B. Whitten, PLLC, Gainesville, for appellant.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***